IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

ANNIE WOODLAND, INDIVIDUALLY AND
ON BEHALF OF ALL HEAIRS AT LAW AND
WRONGFUL DEATH BENEFICIARIES OF
EDDIE DEFRANCE, III, DECEASED                                    **PLAINTIFFS**

V.                                            CIVIL ACTION NO.: 3:18-cv-556-HTW-LRA

WARREN COUNTY, MISSISSIPPI,
WARREN COUNTY BOARD OF SUPERVISORS,
SHERIFF MARTIN PACE, IN HIS OFFICIAL AND
PERSONAL CAPACITIES; PATRICIA KINNARD
IN HER OFFICIAL AND PERSONAL CAPACITIES;
DR. JOHN FORD, IN HIS OFFICIAL AND PERSONAL CAPACITIES;
LINDA S. PUGH, IN HER OFFICIAL AND PERSONAL CAPACITIES;
JOSEPH BROWN, IN HIS OFFICIAL AND PERSONAL CAPACITIES;
DOUGLAS A HADAD, IN HIS OFFICIAL AND PERSONAL CAPACITIES;
AND JOHN DOES 1-10                                              **DEFENDANTS**

## AGREED FINAL JUDGMENT

The parties having announced to the Court that a settlement of this matter has

been reached and consummated, and the Court, having considered the same, desires that

this matter be finally closed on its docket.

IT IS THEREFORE ORDERED that this cause is hereby dismissed with prejudice,

each party shall bear their own costs.

SO ORDERED and ADJUDGED this the _18th_ day of _March_, 2021.

_____
DISTRICT COURT JUDGE

AGREED AND APPROVED:


*/s/Shunda L. Baldwin* (signed by Riley with permission of Baldwin)
SHUNDA L. BALDWIN, ESQ. (MSB #101535)
Baldwin Law, PLLC
748 N. President St.
Jackson, MS 39202
Tel. 769-235-6263
Fax 769-235-6265
Email: sbaldwin@baldwinpllc.com
       *Attorney for Plaintiffs*


*/s/Katelyn A. Riley*
WILLIAM R. ALLEN, ESQ. (MSB #100541)
KATELYN A. RILEY (MSB #105115)
Allen, Allen, Breeland & Allen, PLLC
P. O. Box 751
Brookhaven, MS 39602-0751
Tel. 601-833-4361
Fax 601-833-6647
wallen@aabalegal.com
kriley@aabalegal.com
      *Attorneys for Defendants*